Carter WILLIAMS, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 100093.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 2014.

Scott Thompson, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Dora A. Fitcher, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

The movant, Carter Williams, appeals the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's judgment denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).

Keisha WILLIAMS, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. ED 100231.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 2014.

John J. Ammann, Patricia A. Harrison, for appellant.

Larry R. Ruhmann, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

The claimant, Keisha Williams, appeals the decision of the Labor and Industrial Relations Commission finding that she was unavailable for work and thus denying her unemployment compensation benefits. We affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the decision of the Commission. Rule 84.16(b)(4).